# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALAN N. SCOTT,  :<br>      :<br>    Petitioner,  :<br>      :    Civil Action No. 09-4710 (RMB)<br>  v.   :<br>      :<br>FCI FAIRTON,  :<br>      :    **O R D E R**<br>    Respondent.  :<br>      : | |

For the reasons expressed in the Court's Memorandum Opinion filed herewith,

IT IS on this **8th** day of **September 2010**,

**ORDERED** that Petitioner's habeas claims are dismissed, and his § 2241 application, docketed in this matter as Docket Entries Nos. 2, 3, 4 and 5, is DENIED; and it is further

**ORDERED** that the aforesaid denial of the Petition is with prejudice, and this Court withdraws its jurisdiction over this matter and over the Civil Action No. 09-0929; and it is further

**ORDERED** that the Clerk shall serve copies of this Order and Memorandum Opinion filed herewith upon Respondent by means of electronic delivery; and it is further

**ORDERED** that the Clerk shall serve copies of this Order and Memorandum Opinion filed herewith upon Petitioner by means of regular U.S. mail; and it is further

**ORDERED** that the Clerk shall serve complimentary copies this Order and Memorandum Opinion filed herewith upon the Clerk of the Court with the United States Court of Appeals for the Third Circuit, marking such mailing with a notation reading, "In connection with In re Scott, USCA No. 10-3514"; and it is finally

  **ORDERED** that the Clerk shall close the file on this matter by making a new and separate entry on the docket reading "CIVIL CASE CLOSED."

                s/Renée Marie Bumb
                **RENÉE MARIE BUMB**
                **United States District Judge**